**LAW OFFICE OF DAVID E. DILLEY, PLLC**

5255 San Pedro Ave. San Antonio, TX 78212 | Ph: (210) 733-4669 | Fax: (210) 733-3669
david@dilleylawoffice.com

*"DEMAND JUSTICE"*

October 16, 2019

Clerk of the Court
U.S. Western District Court
*San Antonio Division*
655 E César E. Chávez Blvd,
San Antonio, TX 78206

**RE:   NOTICE OF MILITARY DUTY**

   Please be advised that due to Active Duty Training with the U.S. Army Reserve, I will be unavailable November 1st 2019, and December 9-11, 2019.

   I am requesting that you please not set any hearings and/or trials for **ERNESTO GUTIERREZ 5:18-CR-0722(1)-OLG** or any matters for which I am the attorney of record, during the mentioned dates.

   Should you have any questions, please feel free to contact my office. Your assistance is greatly appreciated. FAX (210) 733- 3669, david@dilleylawoffice.com.

Sincerely,

David E. Dilley
Attorney at Law