**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO. SA-18-CR-722 OLG** |
| | § | |
| **ERNESTO GUTIERREZ-MARTINEZ (1),** | § | |
| | § | |
| **Defendant.** | § | |

### ADVISORY TO THE COURT REGARDING FORFEITURE

COMES NOW the United States of America, Plaintiff, by and through the United States Attorney for the Western District of Texas, and files this Advisory to the Court Regarding Forfeiture.   The United States respectfully advises the Court as follows:

**I.**

On March 6, 2019, a Superseding Indictment (Doc. 42) was returned against Defendant ERNESTO GUTIERREZ-MARTINEZ, in the instant criminal case.   Said Superseding Indictment included a Notice of United States of America's Demand for Forfeiture which sought the forfeiture of specific personal properties, namely:

- $10,800.00, More or Less, in U.S. Currency,

hereinafter referred to as the Subject Currency.

**II.**

The United States advises this Court that the Subject Currency has been administratively forfeited by Immigration Customs Enforcement.    The United States hereby advises the Court that it will not seek judicial forfeiture of any property in the instant criminal case.

Respectfully submitted,

ASHLEY C. HOFF
United States Attorney

By:     /S/_____
        ROBERT ALMONTE II
        Assistant United States Attorney
        Texas Bar #24049479
        903 San Jacinto Blvd., Suite 334
        Austin, Texas   78701
        Tel: (512) 916-5858
        Fax: (512) 916-5854

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2021, the foregoing instrument was electronically filed

with the Clerk of the Court using the CM/ECF System which will transmit notification of such

filing to the following CM/ECF participant:

David F. Dilley, Jr,
Law Office of David E. Dilly, PLLC
5255 San Pedro
San Antonio, Texas 78212
(Attorney for Defendant Ernesto Gutierrez-Martinez (1))

By:     /S/_____
        ROBERT ALMONTE II
        Assistant United States Attorney